IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DONALD MCGAHA**                                                                                        **PLAINTIFF**

v.                       **CASE NO. 2:21-CV-00071-BSM**

**YOUNG INSURANCE AGENCY, LLC**                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of April, 2023.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE